IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  15-cr-00060-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SCOTT HIGHT,

        Defendant.

_____

**ORDER**
_____

This matter came before the Court for a status hearing on March 26, 2015, at 10:00 a.m. For the reasons set forth on the record at the hearing, **IT IS HEREBY ORDERED** that:

1. Defendant Scott Hight's Unopposed Motion to Exclude 90 Days from the Speedy Trial Act, Continue Trial, and Extend Deadline for Filing Pretrial Motions [Doc. # 26] is **GRANTED**, and 90 days shall be excluded from the speedy trial clock; and

2. Further status hearings are set for April 6, 2015, at 9:00 a.m., and June 12, 2015, at 10:00 a.m.

DATED: March   27  , 2015, at Denver, Colorado.

                                  BY THE COURT:

                                     s/Lewis T. Babcock
                                  LEWIS T. BABCOCK, JUDGE