IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00060-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT HIGHT,

Defendant.

---

**UNITED STATES MOTION TO DISMISS THE INDICTMENT**

---

The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure hereby respectfully moves the Court to enter an Order dismissing the Indictment as to Defendant Scott Hight.

Respectfully submitted this 19th day of August, 2015.

JOHN F. WALSH
UNITED STATES ATTORNEY
DISTRICT OF COLORADO
By: *s/Michele R. Korver*
MICHELE R. KORVER
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0401
michele.korver@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

All counsel of record

*s/ Michele R. Korver*
MICHELE R. KORVER
Assistant United States Attorney