IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00060-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT HIGHT**,**

Defendant.

---

## ORDER DISMISSING THE INDICTMENT

---

This matter is before the Court on the United States' Motion to Dismiss the Indictment as to Defendant Scott Hight. The Court having considered this motion, it is hereby **ORDERED** that the Motion is **GRANTED,** and the Indictment as to Defendant Scott Hight is hereby Dismissed.

Dated this_____ day of August, 2015.

**BY THE COURT:**

______________________________
LEWIS T. BABCOCK
Senior United States District Judge
District of Colorado