**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  15-cr-00060-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SCOTT HIGHT,

        Defendant.

---

**ORDER**

---

This matter is before the Court on Defendant's Unopposed Motion to Release Funds (Doc 63).  The Court having considered this motion, it is hereby

ORDERED that the Motion is GRANTED and all funds seized from Defendant at the time of his arrest shall be released and returned to him.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        LEWIS T. BABCOCK, Judge

DATED: August 21, 2015